```
1  Theodore Briscoe (CBN 360808)
   Thomas James Gibbons (CBN 209740)
2  Murray Beatts (CBN 225565)
   California Insurance Attorneys, P.C.
3  222 N. Pacific Coast Highway, Ste. 2000
   El Segundo, CA  90245
4  Telephone:  855-410-4242
   Email: capleadings@caia.legal
5         tbriscoe@caia.legal
          Thomas@caia.legal
6         murray.beatts@caia.legal

7  Attorneys for Plaintiff Patricia Saldana
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Patricia Saldana,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 - 10,<br><br>    Defendants. | Case No. 2:25-cv-03237-DJC-AC<br><br>**AGREED ORDER TO DISMISS** |

WHEREAS, the above-captioned action is duplicative of another federal case currently pending;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties, subject to the approval of the Court, that:

1. The above-captioned action shall be DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2);

2. Each Party shall bear its own costs and attorneys' fees;

3. This Stipulation may be executed in counterparts, each of which shall constitute an original; and

4. This Stipulation may be filed electronically.

1

IT IS SO STIPULATED.

DATED: December 29, 2025         CALIFORNIA INSURANCE ATTORNEYS, P.C.

By: _____
    Theodore Briscoe III
    Murray T. Beatts
    Thomas Gibbons
    Attorneys for Plaintiff Patricia Saldana

DATED: December 29, 2025         DENTONS US LLP

By: _____
    Sonia R. Martin
    Lyndy Chang Stewart
    Attorneys for Defendant NATIONWIDE
    MUTUAL INSURANCE COMPANY

IT IS SO ORDERED.

Dated: December 31, 2025         /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE